**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DAVID C. WARTH** | ) | **Civil Action File No.:** |
| | ) | **1:23-cv-05072-MLB** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **GWINNETT COUNTY PUBLIC** | ) | |
| **SCHOOLS, GWINNETT COUNTY** | ) | |
| **SCHOOL POLICE, THOMAS** | ) | |
| **WILLIAMSON,  Individually and** | ) | |
| **in his official capacity as a employee of** | ) | |
| **Gwinnett County School Police, and** | ) | |
| **BRITTNEY DEWEY, Individually** | ) | |
| **and in her official capacity as an** | ) | |
| **employee of Gwinnett County Public** | ) | |
| **Schools,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## AMENDED ANSWER OF DEFENDANT BRITTNEY DEWEY

COMES NOW, BRITTNEY DEWEY, Defendant in the above-styled case, (hereinafter "Defendant Dewey") by and through undersigned counsel files this her AMENDED ANSWER and Defenses to Plaintiff's Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.  Defendant Dewey filed a pro se Answer in Dekalb State Court on November 3, 2023, just after removal of this action to Federal Court.  This Amended Answer is filed within 21 days of the initial pro se

Answer to preserve defenses and respond to each enumerated paragraph of Plaintiff's Complaint.

## **DEFENSES**

Defendant BRITTNEY DEWEY (hereinafter "Defendant Dewey") states the following separate defenses without assuming the burden of proof that would otherwise rest with the Plaintiff:

## FIRST DEFENSE

Plaintiff's complaint should be dismissed in whole or in part for its failure to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's state law tort claims against Defendant Dewey in her official capacity are barred by sovereign immunity.

## THIRD DEFENSE

Defendant Dewey asserts the defense of lack of subject matter jurisdiction for state law tort claims brought against her in her official capacity based upon sovereign immunity.

## FOURTH DEFENSE

Defendant Dewey asserts that the doctrine of official immunity bars the Plaintiff's state law tort claims brought against her in her individual capacity.

## FIFTH DEFENSE

Defendant Dewey asserts that Plaintiff has not alleged and there has been no waiver of sovereign immunity for the Gwinnett County School District and the Gwinnett County Board of Education and consequently that sovereign immunity bars any claims against Defendant Dewey in her official capacity in this case.

## SIXTH DEFENSE

Defendant Dewey asserts that Plaintiff's alleged injuries do not arise out of his failure to perform or negligence during the performance of a ministerial duty or that she has acted with actual malice or an actual intent to injure Plaintiff and therefore official immunity bars Plaintiff's claims against her.

## SEVENTH DEFENSE

Defendant Dewey asserts that all times material to the claims in this case she has acted in good faith in the performance of her duties and did not act with malice towards Plaintiff.

## EIGHTH DEFENSE

Plaintiff has not suffered any breach or violation of any constitutional, statutory, or civil rights by any of the Defendants named in this action.

## NINTH DEFENSE

Defendant Dewey asserts the defense of qualified immunity for Plaintiff's claims brought pursuant to 42 U.S.C. 1983.

## TENTH DEFENSE

Defendant Dewey did not violate any of Plaintiff's clearly established Constitutional rights and is therefore entitled to qualified immunity for Plaintiff's 42 U.S.C. 1983 claims.

## ELEVENTH DEFENSE

Plaintiff's Complaint fails to state a claim for punitive, actual, special, exemplary, liquidated, and/or compensatory damages.

## TWELFTH DEFENSE

Plaintiff's claims against Defendant Dewey brought under 42 U.S.C. 1983 fail for lack of state action or action under color of state law by Defendant Dewey.

## NINTH DEFENSE

Plaintiff's claims for false arrest under O.C.G.A. § 51-7-1 fail as a matter of law because the criminal action against Plaintiff was carried on to a prosecution making malicious prosecution the exclusive remedy.  Sheffield v. Futch, 354 Ga. App. 661, 839 S.E.2d 294 (2020).

## TENTH DEFENSE

Defendant Dewey asserts that the claims asserted by Plaintiff are without merit, frivolous or without just cause so that Plaintiff is liable for the payment of all attorneys' fees and expenses incurred by Defendant Dewey.

## ELEVENTH DEFENSE

Defendant Dewey asserts that the claims asserted by Plaintiff against her lack substantial justification, are groundless and vexatious thereby making Plaintiff liable for the payment of all attorneys' fees and other litigation expenses incurred by Defendant Dewey in order to defend her rights pursuant to O.C.G.A. §9-15-14.

## TWELFTH DEFENSE

Defendant Dewey denies that she was guilty of any act or acts of negligence or wrongdoing proximately causing or contributing to any alleged injuries or damages sustained by Plaintiff and, as a result, Plaintiff is not entitled to recover as against Defendant Dewey herein.

## THIRTEENTH DEFENSE

Plaintiff has unclean hands.

## FOURTEENTH DEFENSE

Defendant Dewey asserts that some or all of Plaintiff's claims are barred by the two-year statute of limitations set forth in O.C.G.A. § 9-3-33 which are applicable to both state law tort claims and claims brought pursuant to 42 U.S.C. §1983.

## FIFTEENTH DEFENSE

Defendant Dewey asserts that the complaint filed against her should be dismissed pursuant to the Anti-SLAPP provisions contained in O.C.G.A. § 9-11-11.1

## SIXTEENTH DEFENSE

Plaintiff's Complaint fails to set forth sufficient factual content that would allow the Court to infer unlawful conduct on the part of Defendant Dewey in violation of Fed. R. Civ. P. 8 (a) (2). See Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).

## SEVENTEENTH DEFENSE

Plaintiff has failed to mitigate damages as required by law.

## EIGHTEENTH DEFENSE

Defendant Dewey asserts all affirmative defenses and other defenses that may be asserted pursuant to O.C.G.A. § 9-11-8(c), O.C.G.A. § 9-11-12 and 42

U.S.C. 1983 and reserves the right to assert additional affirmative defenses allowed by Rule 8 depending on any evidence discovered in pursuit of this litigation.

NINETEENTH DEFENSE

By way of further defense, Defendant GCSD hereby answers the allegations set forth in Plaintiff's Complaint as follows:

1.

Defendant Dewey denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

Defendant Dewey denies the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant Dewey denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

Defendant Dewey denies the allegations that Plaintiff is entitled to monetary damages contained in Paragraph 4 of Plaintiff's Complaint.

5.

Defendant Dewey denies the allegations that Plaintiff is entitled to

monetary damages contained in Paragraph 5 of Plaintiff's Complaint.

6.

Defendant Dewey denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.  Answering further, Gwinnett County Public Schools is not a legal entity.   Answering further, Defendant Dewey denies that subject matter jurisdiction exists for state law claims against the Gwinnett County Public Schools and state law tort claims brought against individual defendants in their official capacity.

7.

Defendant Dewey denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.  Answering further, the Gwinnett County School Police is not a legal entity. Answering further, Defendant Dewey denies that subject matter jurisdiction exists for state law claims against the Gwinnett County Public Schools and state law tort claims brought against individual defendants in their official capacity.

8.

Defendant Dewey denies the allegations contained in Paragraph 8 of Plaintiff's Complaint regarding the Gwinnett County School Police as there is no such legal entity. Answering further, Defendant Dewey denies that subject matter

jurisdiction exists for state law claims against the Gwinnett County Public Schools and state law tort claims brought against individual defendants in their official capacity. Answering further, Defendant Dewey is without sufficient knowledge or information to know the residential address of Officer Thomas Williamson.

9.

Defendant Dewey denies the allegations contained in Paragraph 9 of Plaintiff's Complaint. Answering further Defendant Dewey was employed by the Gwinnett County Board of Education, the governing body of the Gwinnett County School District, during the events giving rise to the underlying Complaint. Answering further, Defendant Dewey denies that any of the allegations contained in the Complaint involve her acting under color of state law.  Defendant Dewey denies that subject matter jurisdiction exists for state law claims against the Gwinnett County Public Schools and state law tort claims brought against individual defendants in their official capacity.

10.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 10 of Plaintiff's Complaint and they are therefore denied.

11.

Defendant Dewey admits the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.

Defendant Dewey admits the allegations contained in Paragraph 12 of Plaintiff's Complaint based upon information and belief.

13.

Defendant Dewey admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.

Defendant Dewey denies the allegations contained in Paragraph 14 of Plaintiff's Complaint as stated.  Answering further, Defendant Dewey admits that Brookwood High School is a school within the Gwinnett County School District under the governing authority of the Gwinnett County Board of Education.

15.

Defendant Dewey denies the allegations contained in Paragraph 15 as of Plaintiff's Complaint as stated.  Answering further, based upon information and belief Defendant Williamson was a school resource officer employed by the

Gwinnett County Board of Education who was assigned to work at Brookwood High School during the time of some of the events set forth in Plaintiff's Complaint.

16.

Defendant Dewey denies the allegations contained in Paragraph 16 of Plaintiff's Complaint as stated.   Answering further, Defendant Dewey was an employee of the Gwinnett County Board of Education assigned to work at Brookwood High School during the time of some of the events set forth in Plaintiff's Complaint.

17.

Defendant Dewey denies the allegations contained in Paragraph 17 of Plaintiff's Complaint as stated.  Answering further, Defendant Dewey admits that Plaintiff had some classes with her during his time as a student at Brookwood High School, but denies the remaining allegations contained in Paragraph 18 of Plaintiff's Complaint.

18.

Defendant Dewey denies the allegations contained in Paragraph 18 of Plaintiff's Complaint as stated.  Answering further, Defendant Dewey admits that Plaintiff had some classes with her during his time as a student at Brookwood High

School but denies the remaining allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant Dewey denies the allegations contained in Paragraph 19 of Plaintiff's Complaint as stated.  Answering further, Defendant Dewey admits that Plaintiff had some special education classes with her during his time as a student at Brookwood High School but denies the remaining allegations contained in Paragraph 18 of Plaintiff's Complaint.

20.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in paragraph 20 of Plaintiff's Complaint and therefore denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.

Defendant Dewey denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.

Defendant Dewey admits the allegations contained in Paragraph 22 of Plaintiff's Complaint based upon information and belief.

23.

Defendant Dewey admits the allegations contained in Paragraph 23 of Plaintiff's Complaint based upon information and belief.

24.

Defendant Dewey admits the allegations contained in Paragraph 24 of Plaintiff's Complaint as stated based upon information and belief.

25.

Defendant Dewey admits the allegations contained in Paragraph 25 of Plaintiff's Complaint based upon information and belief.

26.

Defendant Dewey admits the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27.

Defendant Dewey admits the allegations contained in Paragraph 27 of Plaintiff's Complaint based upon information and belief.

28.

Defendant Dewey admits the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29.

Defendant Dewey admits the allegations contained in Paragraph 29 of Plaintiff's Complaint based upon information and belief.

30.

Defendant Dewey admits the allegations contained in Paragraph 30 of Plaintiff's Complaint based upon information and belief.

31.

Defendant Dewey admits the allegations contained in Paragraph 31 of Plaintiff's Complaint based upon information and belief.

32.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 32 of the Complaint and therefore denies the allegations.

33.

Defendant Dewey denies the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34.

Defendant Dewey denies the allegations contained in Paragraph 34 of

Plaintiff's Complaint.

35.

Defendant Dewey denies the allegations contained in Paragraph 35 of Plaintiff's Complaint as the allegations provide an incomplete statement of the law regarding stalking.

36.

Defendant Dewey denies the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37.

Defendant Dewey denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.

Defendant Dewey admits the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 39 of Plaintiff's Complaint and therefore the allegations are denied.

40.

Defendant Dewey admits the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41.

Defendant Dewey denies the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.

Defendant Dewey denies the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43.

Defendant Dewey is without sufficient knowledge to admit or deny the allegations contained in Paragraph 43 of the Complaint and therefore denies the allegations.

44.

Defendant Dewey is without sufficient knowledge to admit or deny the allegations contained in Paragraph 44 of the Complaint and therefore denies the allegations.

45.

Defendant Dewey is without sufficient knowledge to admit or deny the

allegations contained in Paragraph 45 of the Complaint and therefore denies the allegations Defendant Dewey denies the allegations.

46.

Defendant Dewey is without sufficient knowledge to admit or deny the allegations contained in Paragraph 46 of the Complaint and therefore denies the allegations.

47.

Defendant Dewey is without sufficient knowledge to admit or deny the allegations contained in Paragraph 47 of the Complaint and therefore denies the allegations.

48.

Defendant Dewey is without sufficient knowledge to admit or deny the allegations contained in Paragraph 48 of the Complaint and therefore denies the allegations.

49.

Defendant Dewey denies the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50.

Defendant Dewey denies the allegations contained in Paragraph 50 of

Plaintiff's Complaint.

51.

Defendant Dewey denies the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52.

Defendant Dewey denies the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53.

Defendant Dewey denies the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54.

Defendant Dewey denies the allegations that there was "a lack of evidence" to support David Warth's arrest contained in Paragraph 54 of Plaintiff's Complaint. Defendant Dewey admits the remaining allegations contained in Paragraph 54 of the Complaint.

55.

Defendant Dewey denies the allegations contained in Paragraph 55 of

Plaintiff's Complaint as stated based upon information and belief. Answering further, Defendant Dewey states that Defendant Williamson obtained an arrest warrant from the Magistrate Court following the initial arrest of David C. Warth.

56.

Defendant Dewey denies the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57.

Defendant Dewey denies the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58.

Defendant Dewey denies the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59.

Defendant Dewey denies the allegations contained in Paragraph 59 of Plaintiff's Complaint based upon information and belief.

60.

Defendant Dewey admits the allegations contained in Paragraph 60 of Plaintiff's Complaint based upon information and belief.

61.

Defendant Dewey admits the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62.

Defendant Dewey admits the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63.

Defendant Dewey admits the allegations contained in Paragraph 63 of Plaintiff's Complaint based upon information and belief.

64.

Defendant Dewey admits the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65.

Defendant Dewey admits the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 66 of the Complaint and therefore denies the allegations.

67.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 67 of the Complaint and therefore denies the allegations.

68.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 68 of the Complaint and therefore denies the allegations.

69.

Defendant Dewey admits the allegations contained in Paragraph 69 of Plaintiff's Complaint.

70.

Defendant Dewey admits the allegations contained in Paragraph 70 of Plaintiff's Complaint.

71.

Defendant Dewey denies the allegations contained in Paragraph 71 of Plaintiff's Complaint based upon information and belief.

72.

Defendant Dewey denies the allegations contained in Paragraph72 of

Plaintiff's Complaint based upon information and belief.

73.

Defendant Dewey denies the allegations contained in Paragraph 73 of Plaintiff's Complaint based upon information and belief.

74.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 74 of the Complaint and therefore denies the allegations.

75.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 75 of the Complaint and therefore denies the allegations.

76.

Defendant Dewey admits the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77.

Defendant Dewey admits the allegations contained in Paragraph 77 of Plaintiff's Complaint.

78.

Defendant Dewey admits the allegations contained in Paragraph 78 of Plaintiff's Complaint.

79.

Defendant Dewey admits the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80.

Defendant Dewey admits the allegations contained in Paragraph 80 of Plaintiff's Complaint.

81.

Defendant Dewey admits the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82.

Defendant Dewey admits the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83.

Defendant Dewey admits the allegations contained in Paragraph 83 of Plaintiff's Complaint.

84.

Defendant Dewey admits the allegations contained in Paragraph 84 of Plaintiff's Complaint.

85.

Defendant Dewey admits the allegations contained in Paragraph 85 of Plaintiff's Complaint.

86.

Defendant Dewey admits the allegations contained in Paragraph 86 of Plaintiff's Complaint.

87.

Defendant Dewey admits the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88.

Defendant Dewey admits the allegations contained in Paragraph 88 of Plaintiff's Complaint.

89.

Defendant Dewey admits the allegations contained in Paragraph 89 of Plaintiff's Complaint.

90.

Defendant Dewey admits the allegations contained in Paragraph 90 of Plaintiff's Complaint.

91.

Defendant Dewey admits the allegations contained in Paragraph 91 of Plaintiff's Complaint.

92.

Defendant Dewey admits the allegations contained in Paragraph 92 of Plaintiff's Complaint.

93.

Defendant Dewey admits the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94.

Defendant Dewey admits the allegations contained in Paragraph 94 of Plaintiff's Complaint.

95.

Defendant Dewey denies the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96.

Defendant Dewey admits the allegations contained in Paragraph 96 of Plaintiff's Complaint.

97.

Defendant Dewey admits the allegations contained in Paragraph 97 of Plaintiff's Complaint.

98.

Defendant Dewey admits the allegations contained in Paragraph 98 of Plaintiff's Complaint.

99.

Defendant Dewey denies the allegations contained in Paragraph 99 of Plaintiff's Complaint.

100.

Defendant Dewey denies the allegations contained in Paragraph 100 of Plaintiff's Complaint.

101.

Defendant Dewey admits the allegations contained in Paragraph 101 of Plaintiff's Complaint based upon information and belief.

102.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 102 of Plaintiff's Complaint and therefore denies the allegations.

103.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 103 of Plaintiff's Complaint and therefore denies the allegations.

104.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 104 of Plaintiff's Complaint and therefore denies the allegations.

105.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 105 of Plaintiff's Complaint and therefore denies the allegations.

106.

Defendant Dewey is without sufficient knowledge or information to

either admit or deny the allegations contained in Paragraph 106 of Plaintiff's Complaint and therefore denies the allegations.

107.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 107 of Plaintiff's Complaint and therefore denies the allegations.

108.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 108 of Plaintiff's Complaint and therefore denies the allegations.

109.

Defendant Dewey denies the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110.

Defendant Dewey denies the allegations contained in Paragraph 110 of Plaintiff's Complaint as stated.

111.

Defendant Dewey denies the allegations contained in Paragraph 111 of Plaintiff's Complaint as stated.

112.

Defendant Dewey denies the allegations contained in Paragraph 112 of Plaintiff's Complaint.

113.

Defendant Dewey admits the allegations contained in Paragraph 113 of Plaintiff's Complaint based upon information and belief.

114,

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 114 of Plaintiff's Complaint and therefore denies the allegations.

115.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 115 of Plaintiff's Complaint and therefore denies the allegations.

116.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 116 of Plaintiff's Complaint and therefore denies the allegations.

117.

Defendant Dewey admits that David C. Warth entered a guilty plea to the misdemeanor charges pending against him in February of 2017 and claimed that the plea was entered under Alford v. North Carolina. Defendant Dewey is without sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 117 of Plaintiff's Complaint and therefore denies the allegations.

118.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 118 of Plaintiff's Complaint and therefore denies the allegations.

119.

Defendant Dewey admits the allegations contained in Paragraph 119 of Plaintiff's Complaint based upon information and belief.

120.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 120 of Plaintiff's Complaint and therefore denies the allegations.

121.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 121 of Plaintiff's Complaint and therefore denies the allegations.

122.

Defendant Dewey denies the allegations contained in Paragraph 122 of Plaintiff's Complaint as stated.

123.

Defendant Dewey denies the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 124 of Plaintiff's Complaint and therefore denies the allegations.

125.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 125 of Plaintiff's Complaint and therefore denies the allegations.

126.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 126 of Plaintiff's Complaint and therefore denies the allegations.

127.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 127 of Plaintiff's Complaint and therefore denies the allegations.

128.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 128 of Plaintiff's Complaint and therefore denies the allegations.

129.

Defendant Dewey admits the allegations contained in Paragraph 129 of Plaintiff's Complaint based upon information and belief.

130.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 130 of Plaintiff's Complaint and therefore denies the allegations.

131.

Defendant Dewey admits that David Warth's dorm room at Emory University was searched based upon information and belief. Defendant Dewey is without sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 131 of Plaintiff's Complaint and therefore denies the allegations.

132.

Defendant Dewey denies the allegations contained in Paragraph 132 of Plaintiff's Complaint.

133.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 133 of Plaintiff's Complaint and therefore denies the allegations.

134.

Defendant Dewey denies the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135.

Defendant Dewey admits the allegations contained in Paragraph 135 of Plaintiff's Complaint based upon information and belief.

136.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 136 of Plaintiff's Complaint and therefore denies the allegations.

137.

Defendant Dewey denies the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 138 of Plaintiff's Complaint and therefore denies the allegations.

139.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 139 of Plaintiff's Complaint and therefore denies the allegations.

140.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 140 of Plaintiff's Complaint and therefore denies the allegations.

141.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 141 of Plaintiff's Complaint and therefore denies the allegations.

142.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 142 of Plaintiff's Complaint and therefore denies the allegations.

143.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 143 of Plaintiff's Complaint and therefore denies the allegations.

144.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 144 of Plaintiff's Complaint and therefore denies the allegations.

145.

Defendant Dewey denies the allegations contained in Paragraph 145 of Plaintiff's Complaint.

146.

Defendant Dewey admits the allegations contained in Paragraph 146 of Plaintiff's Complaint based upon information and belief.

147.

Defendant Dewey admits the allegations contained in Paragraph 147 of Plaintiff's Complaint based upon information and belief.

148.

Defendant Dewey admits that the language set forth in Paragraph 148 Plaintiff's Complaint is contained in the police report of Defendant Williamson based upon information and belief.

149.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 149 of Plaintiff's Complaint and therefore denies the allegations.

150.

Defendant Dewey denies the allegations contained in Paragraph 150 of Plaintiff's Complaint.

151.

Defendant Dewey denies the allegations contained in Paragraph 151 of

Plaintiff's Complaint.

152.

Defendant Dewey denies the allegations contained in Paragraph 152 of Plaintiff's Complaint.

153.

Defendant Dewey denies the allegations contained in Paragraph 153 of Plaintiff's Complaint as stated.

154.

Defendant Dewey denies the allegations contained in Paragraph 154 of Plaintiff's Complaint as stated. Answering further, the statement is not an accurate representation of what appears in the report.

155.

Defendant Dewey is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 155 of Plaintiff's Complaint and therefore denies the allegations.

156.

Defendant Dewey is without sufficient information to either admit or deny the allegations contained in Paragraph 156 of the Complaint and therefore the allegations are denied.

157,

Defendant Dewey denies the allegations contained in Paragraph 157 of Plaintiff's Complaint as stated.

158.

Defendant Dewey denies the allegations contained in Paragraph 158 of Plaintiff's Complaint.

159.

Defendant Dewey denies the allegations contained in Paragraph 159 of Plaintiff's Complaint.

160.

Defendant Dewey denies the allegations contained in Paragraph 160 of Plaintiff's Complaint.

161.

Defendant Dewey denies the allegations contained in Paragraph 161 of Plaintiff's Complaint.

162.

Defendant Dewey denies the allegations contained in Paragraph 162 of Plaintiff's Complaint as stated.

163.

Defendant Dewey denies the allegations contained in Paragraph 163 of Plaintiff's Complaint as stated.  Answering further, Defendant Dewey admits that Plaintiff remained in prison after he entered a guilty plea to misdemeanor charges, but denies the remaining allegations contained in Paragraph 163 of the Complaint.

164.

Defendant Dewey admits the allegations contained in Paragraph 164 of Plaintiff's Complaint based upon information and belief.

165.

Defendant Dewey admits the allegations contained in Paragraph 165 of Plaintiff's Complaint based upon information and belief.

166.

Defendant Dewey admits that the stated language contained in Paragraph 166 of the Complaint appears in the Court's Order.

167.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 167 of Plaintiff's Complaint and the allegations are therefore denied.

168.

Defendant Dewey denies the allegations contained in Paragraph 168 of Plaintiff's Complaint.

169.

Defendant Dewey admits the allegations contained in Paragraph 169 of Plaintiff's Complaint based upon information and belief.

170.

Defendant Dewey denies the allegations contained in Paragraph 170 of Plaintiff's Complaint.

171.

Defendant Dewey denies the allegations contained in Paragraph 171 of Plaintiff's Complaint.

172.

Defendant Dewey admits the allegations contained in Paragraph 172 of Plaintiff's Complaint.

173.

Defendant Dewey admits the allegations contained in Paragraph 173 of Plaintiff's Complaint based upon information and belief.

174.

Defendant Dewey admits that a release on bond did not resolve

outstanding felony indictments against Plaintiff, any remaining allegations

contained in Paragraph 174 of Plaintiff's Complaint are denied.

Plaintiff's Complaint.

175.

Defendant Dewey admits the allegations contained in Paragraph 175 of

Plaintiff's Complaint based upon information and belief.

176.

Defendant Dewey admits the allegations contained in Paragraph 176 of

Plaintiff's Complaint based upon information and belief.

177.

Defendant Dewey denies the allegations contained in Paragraph 177 of

Plaintiff's Complaint as stated.  Defendant Dewey admits that she testified at the

hearing on the D.A.'s Motion to Nol Pros the criminal charges and opposed that

motion.  The remaining allegations contained in Paragraph 177 are denied.

178.

Defendant Dewey admits the allegations contained in Paragraph 178

of Plaintiff's Complaint.

179.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

180.

Defendant Dewey denies the allegations contained in Paragraph 180 of Plaintiff's Complaint.

181.

Defendant Dewey admits the allegations contained in Paragraph of Plaintiff's Complaint based upon information and belief.

182.

Defendant Dewey denies the allegations contained in Paragraph 182 of Plaintiff's Complaint as stated.  Answering further, based on information and belief, Defendant Williamson made an initial arrest of Plaintiff without a warrant and then obtained a warrant from the Magistrate Court shortly thereafter.

183.

Defendant Dewey denies the allegations contained in Paragraph 183 of Plaintiff's Complaint.

184.

Defendant Dewey denies the allegations contained in Paragraph 184 of

Plaintiff's Complaint.

185.

Defendant Dewey denies the allegations contained in Paragraph 185 of Plaintiff's Complaint.

186.

Defendant Dewey denies the allegations contained in Paragraph 186 of Plaintiff's Complaint.

187.

Defendant Dewey denies the allegations contained in Paragraph 187 of Plaintiff's Complaint.

188.

Defendant Dewey denies the allegations contained in Paragraph 188 of Plaintiff's Complaint.

189.

Defendant Dewey denies the allegations contained in Paragraph 189 of Plaintiff's Complaint.

190.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

191.

Defendant Dewey admits the allegations contained in Paragraph 19 of Plaintiff's Complaint based upon information and belief.

192.

Defendant Dewey denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

193.

Defendant Dewey is without sufficient information to admit or deny the allegations contained in Paragraph 193 of Plaintiff's Complaint and ther allegations are therefore denied.

194.

Defendant Dewey admits the allegations contained in Paragraph 194 Of Plaintiff's Complaint.

195.

Defendant Dewey denies the allegations contained in Paragraph 195 of Plaintiff's Complaint.

196.

Defendant Dewey denies the allegations contained in Paragraph 196 of Plaintiff's Complaint.

197.

Defendant Dewey denies the allegations contained in Paragraph 197 of Plaintiff's Complaint.

198.

Defendant Dewey denies the allegations contained in Paragraph 198 of Plaintiff's Complaint.

199.

Defendant Dewey denies the allegations contained in Paragraph 199 of Plaintiff's Complaint.

200.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

201.

Defendant Dewey admits the allegations contained in Paragraph 201 of Plaintiff's Complaint.

202.

Defendant Dewey denies the allegations contained in Paragraph 202

of Plaintiff's Complaint as stated.   Answering further, based on information and belief, Defendant Williamson made an initial arrest of Plaintiff without a warrant and then obtained a warrant from the Magistrate Court shortly thereafter.

203.

Defendant Dewey denies the allegations contained in Paragraph 203 of Plaintiff's Complaint.

204.

Defendant Dewey denies the allegations contained in Paragraph 204 of Plaintiff's Complaint.

205.

Defendant Dewey denies the allegations contained in Paragraph 205 of Plaintiff's Complaint.

206.

Defendant Dewey denies the allegations contained in Paragraph 206 of Plaintiff's Complaint.

207.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

208.

Defendant Dewey admits the allegations contained in Paragraph 208 of Plaintiff's Complaint based on information and belief.

209.

Defendant Dewey admits the allegations contained in Paragraph 209 of Plaintiff's Complaint based upon information and belief.

210.

Defendant Dewey is without sufficient information to admit or deny the allegations and therefore denies the allegations contained in Paragraph 210 of Plaintiff's Complaint.

211.

Defendant Dewey admits the allegations contained in Paragraph 211 of Plaintiff's Complaint based upon information and belief.

212.

Defendant Dewey denies the allegations contained in Paragraph 212 of Plaintiff's Complaint.

213.

Defendant Dewey denies the allegations contained in Paragraph 213 of Plaintiff's Complaint.

214.

Defendant Dewey denies the allegations contained in Paragraph 214 of Plaintiff's Complaint.

215.

Defendant Dewey Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

216.

Defendant Dewey denies the allegations contained in Paragraph 216 of Plaintiff's Complaint.

217.

Defendant Dewey denies the allegations contained in Paragraph 217 of Plaintiff's Complaint.

218.

Defendant Dewey denies the allegations contained in Paragraph 218 of Plaintiff's Complaint.

219.

Defendant Dewey denies the allegations contained in Paragraph 219 of Plaintiff's Complaint to the extent that the allegations' reference to damages suggest that there is legal liability for any of the Defendants in this case for Plaintiff's

emotional distress. Defendant Dewey is without sufficient information to admit or deny the remaining allegations and therefore denies the allegations.

220.

Defendant Dewey denies the allegations contained in Paragraph 220 of Plaintiff's Complaint.

221.

Defendant Dewey denies the allegations contained in Paragraph 221 of Plaintiff's Complaint.

222.

Defendant Dewey Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

223.

Defendant Dewey denies the allegations contained in Paragraph 223 of Plaintiff's Complaint.

224.

Defendant Dewey denies the allegations contained in Paragraph 224 of Plaintiff's Complaint.

225.

Defendant Dewey denies the allegations contained in Paragraph 225 of Plaintiff's Complaint.

226.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

227.

Defendant Dewey denies the allegations contained in Paragraph 227 of Plaintiff's Complaint.

228.

Defendant Dewey denies the allegations contained in Paragraph 228 of Plaintiff's Complaint.

229.

Defendant Dewey denies the allegations contained in Paragraph 229 of Plaintiff's Complaint.

230.

Defendant Dewey denies the allegations contained in Paragraph 230 of Plaintiff's Complaint.

231.

Defendant Dewey denies the allegations contained in Paragraph 231 of Plaintiff's Complaint.

232.

Defendant Dewey denies the allegations contained in Paragraph 232 of Plaintiff's Complaint.

233.

Defendant Dewey denies the allegations contained in Paragraph 233 of Plaintiff's Complaint.

234.

Defendant Dewey denies the allegations contained in Paragraph 234 of Plaintiff's Complaint.

235.

Defendant Dewey denies the allegations contained in Paragraph 235 of Plaintiff's Complaint.

236.

Defendant Dewey denies the allegations contained in Paragraph 236 of Plaintiff's Complaint.

237.

Defendant Dewey denies the allegations contained in Paragraph 237 of Plaintiff's Complaint.

238.

Defendant Dewey denies the allegations contained in Paragraph 238 of Plaintiff's Complaint.

239.

Defendant Dewey denies the allegations contained in Paragraph 239 of Plaintiff's Complaint.

240.

Defendant Dewey denies the allegations contained in Paragraph 240 of Plaintiff's Complaint.

241.

Defendant Dewey denies the allegations contained in Paragraph 241 of Plaintiff's Complaint.

242.

Defendant Dewey denies the allegations contained in Paragraph 242 of Plaintiff's Complaint.

243.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

244.

Defendant Dewey denies the allegations contained in Paragraph 244 of Plaintiff's Complaint.

245.

Defendant Dewey admits the allegations contained in Paragraph 245 of Plaintiff's Complaint based upon information and belief.

246.

Defendant Dewey admits the allegations contained in Paragraph 246 of Plaintiff's Complaint based on information and belief.

247.

Defendant Dewey denies the allegations contained in Paragraph 247 of Plaintiff's Complaint.

248.

Defendant Dewey denies the allegations contained in Paragraph 248 of Plaintiff's Complaint.

249.

Defendant Dewey denies the allegations contained in Paragraph 249 of Plaintiff's Complaint.

250.

Defendant Dewey denies the allegations contained in Paragraph 250 of Plaintiff's Complaint.

251.

Defendant Dewey denies the allegations contained in Paragraph 251 of Plaintiff's Complaint.

252.

Defendant Dewey denies the allegations contained in Paragraph 252 of Plaintiff's Complaint.

253.

Defendant Dewey denies the allegations contained in Paragraph 253 of Plaintiff's Complaint.

254.

Defendant Dewey denies the allegations contained in Paragraph 254 of Plaintiff's Complaint.

255.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

256.

Defendant Dewey denies the allegations contained in Paragraph 256 of Plaintiff's Complaint.

257.

Defendant Dewey denies the allegations contained in Paragraph 257 of Plaintiff's Complaint.

258.

Defendant Dewey denies the allegations contained in Paragraph 258 of Plaintiff's Complaint.

259.

Defendant Dewey denies the allegations contained in Paragraph 259 of Plaintiff's Complaint.

260.

Defendant Dewey denies the allegations contained in Paragraph 260 of Plaintiff's Complaint.

261.

Defendant Dewey denies the allegations contained in Paragraph 261 of Plaintiff's Complaint.

262.

Defendant Dewey denies the allegations contained in Paragraph 262 of Plaintiff's Complaint.

263.

Defendant Dewey denies the allegations contained in Paragraph 263 of Plaintiff's Complaint.

264.

Defendant Dewey denies the allegations contained in Paragraph 264 of Plaintiff's Complaint.

265.

Defendant Dewey denies the allegations contained in Paragraph 265 of Plaintiff's Complaint.

266.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

267.

Defendant Dewey denies the allegations contained in Paragraph 267 of Plaintiff's Complaint.

268.

Defendant Dewey denies the allegations contained in Paragraph 268 of Plaintiff's Complaint.

269.

Defendant Dewey denies the allegations contained in Paragraph 269 of Plaintiff's Complaint.

270.

Defendant Dewey denies the allegations contained in Paragraph 270 of Plaintiff's Complaint.

271.

Defendant Dewey denies the allegations contained in Paragraph 271 of Plaintiff's Complaint.

272.

Defendant Dewey denies the allegations contained in Paragraph 272 of Plaintiff's Complaint.

273.

Defendant Dewey denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

274.

Defendant Dewey denies the allegations contained in Paragraph 2 of Plaintiff's Complaint.

275.

Defendant Dewey denies the allegations contained in Paragraph 275 of Plaintiff's Complaint to the extent that the allegations' reference to damages suggest that there is legal liability for any of the Defendants in this case for Plaintiff's emotional distress. Defendant Dewey is without sufficient information to admit or deny the remaining allegations and therefore denies the allegations.

276.

Defendant Dewey denies the allegations contained in Paragraph 276 of Plaintiff's Complaint.

277.

Defendant Dewey denies the allegations contained in Paragraph 277 of Plaintiff's Complaint.

278.

Defendant Dewey denies the allegations contained in Paragraph 278 of Plaintiff's Complaint.

279.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

280.

Defendant Dewey denies the allegations contained in Paragraph 280 of Plaintiff's Complaint.

281.

Defendant Dewey denies the allegations contained in Paragraph 281 of Plaintiff's Complaint.

282.

Defendant Dewey denies the allegations contained in Paragraph 282 of Plaintiff's Complaint.

283.

Defendant Dewey denies the allegations contained in Paragraph 283 of Plaintiff's Complaint.

284.

Defendant Dewey denies the allegations contained in Paragraph 284 of Plaintiff's Complaint.

285.

Defendant Dewey denies the allegations contained in Paragraph 285 of Plaintiff's Complaint.

286.

Defendant Dewey denies the allegations contained in Paragraph 286 of Plaintiff's Complaint.

287.

Defendant Dewey denies the allegations contained in Paragraph 287 of Plaintiff's Complaint as stated.  Answering further, Defendant Dewey admits that she appeared and testified at the hearing on the nol pros of charges against Plaintiff but denies the remaining allegations.

288.

Defendant Dewey denies the allegations contained in Paragraph 288 of Plaintiff's Complaint.

289.

Defendant Dewey denies the allegations contained in Paragraph 289 of

Plaintiff's Complaint.

290.

Defendant Dewey denies the allegations contained in Paragraph 290 of Plaintiff's Complaint.

291.

Defendant Dewey denies the allegations contained in Paragraph 291 of Plaintiff's Complaint.

292.

Defendant Dewey denies the allegations contained in Paragraph 292 of Plaintiff's Complaint.

293.

Defendant Dewey denies the allegations contained in Paragraph 293 of Plaintiff's Complaint.

294.

Defendant Dewey denies the allegations contained in Paragraph 294 of Plaintiff's Complaint.

295.

Defendant Dewey denies the allegations contained in Paragraph 295 of Plaintiff's Complaint.

296.

Defendant Dewey reincorporates all preceding paragraphs as if fully set forth herein.

297.

Defendant Dewey denies the allegations contained in Paragraph 297 of Plaintiff's Complaint.

298.

Defendant Dewey denies the allegations contained in Paragraph 298 of Plaintiff's Complaint.

299.

Defendant Dewey denies the allegations contained in Paragraph 299 of Plaintiff's Complaint.

300.

Defendant Dewey denies the allegations contained in Paragraph 300 of Plaintiff's Complaint.

301.

Defendant Dewey denies the allegations contained in Paragraph 301 of Plaintiff's Complaint.

302.

Defendant Dewey denies the allegations contained in Paragraph 302 of Plaintiff's Complaint.

303.

Defendant Dewey denies that Plaintiff is entitled to any of the relief set forth in Plaintiff's Prayer for Relief set forth on page 32 of the Complaint.

304.

Any allegations in the Complaint not heretofore answered, qualified, or denied are now denied as set forth specifically and denied.

WHEREFORE, Defendant Dewey respectfully request that this Court:

1. Dismiss with prejudice Plaintiff's Complaint;

2. Award Defendant its reasonable attorney's fees, costs, and expenses pursuant to applicable law; and

3. Award any and all other relief to Defendant that this Court may deem necessary and proper.

Respectfully submitted this 13th day of November, 2023.

**PEREIRA, KIRBY,
KINSINGER & NGUYEN, LLP**

*s/ Stephen D. Pereira*

P.O. Drawer 1250
Lawrenceville, GA 30046
(770) 963-1997 telephone
(770)822-2913 facsimile
spereira@pkknlaw.com
wlancaster@pkknlaw.com
jjackson@pkknlaw.com

Stephen D. Pereira
State Bar No. 572051
W. Creighton Lancaster
State Bar No. 142351
Jaaonne J. Gadson-Jackson
State Bar No.  279689
**Counsel for Defendant Dewey**

Counsel for the Defendant certifies by signature below that this Amended Answer has been prepared with Times New Roman 14-point font as required by Local Rule 5.1.

/s/ Stephen D. Pereira
Stephen Pereira
Gar Bar No. 572051
*Attorney for Defendant*
*Gwinnett County Public Schools*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DAVID C. WARTH** | ) | **Civil Action File No.:** |
| | ) | **1:23-cv-05072-MLB** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **GWINNETT COUNTY PUBLIC** | ) | |
| **SCHOOLS, GWINNETT COUNTY** | ) | |
| **SCHOOL POLICE, THOMAS** | ) | |
| **WILLIAMSON,  Individually and** | ) | |
| **in his official capacity as a employee of** | ) | |
| **Gwinnett County School Police, and** | ) | |
| **BRITTNEY DEWEY, Individually** | ) | |
| **and in her official capacity as an** | ) | |
| **employee of Gwinnett County Public** | ) | |
| **Schools,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing

**AMENDED ANSWER** to the Clerk of Court using the CM/ECF system which

will automatically send electronic mail notification of such filing to counsel of

record who are CM/ECF participants. Counsel of record are:

Kamu K. Mason, Esq.
3036 Woodrow Drive
Lithonia, GA 30038


Reginald L. Winfrey, Esq.
The CD FIRM, LLC
P.O. Box 18862
Atlanta, GA 31126


This 13th day of November, 2023


**PEREIRA, KIRBY,**
**KINSINGER & NGUYEN, LLP**

_s/ Stephen D. Pereira_

P.O. Drawer 1250                    Stephen D. Pereira
Lawrenceville, GA 30046            State Bar No. 572051
(770) 963-1997 telephone          W. Creighton Lancaster
(770)822-2913 facsimile           State Bar No. 142351
spereira@pkknlaw.com              Jaaonne J. Gadson-Jackson
wlancaster@pkknlaw.com            State Bar No.  279689
jjackson@pkknlaw.com              Counsel for Defendant Dewey