# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH<br>    Plaintiff,<br><br>v.<br><br>GWINNETT COUNTY PUBLIC SCHOOLS, et al.,<br>    Defendants. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME FOR DISCOVERY FOR 30 DAYS

This Court having read and considered Plaintiff's request to extend discovery for 30 days up to and including November 12th 2024 does hereby GRANT the request for the extension. All dates, including those governed by the Court's scheduling order shall be amended by the same 30 days so as to allow the parties to file any motions, dispositive or otherwise and answer accordingly.

SO ORDERED this 24th day of September, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE