# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE TIME FOR DISCOVERY FOR 30 DAYS

This Court having read and considered Defendant's request to extend discovery for 30 days up to and including December 12, 2024, and the same being unopposed, does hereby **GRANT** the request for the extension. All dates, including those governed by the Court's Scheduling Order shall be amended by the same 30 days so as to allow the parties to file any motions, dispositive or otherwise and answer accordingly.

**SO ORDERED** this 18th day of November, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE