## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID C. WARTH,

    Plaintiff,

v.

THOMAS WILLIAMSON,

    Defendant.

CIVIL ACTION FILE NO.
1:23-cv-05072-MLB

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Thomas Williamson ("Defendant Williamson"), pursuant to Rules 7(b)(1) and 56 of the Federal Rules of Civil Procedure and Rule 56 of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, and respectfully moves the Court to grant summary judgment in its favor upon all claims asserted by Plaintiff David Warth.

Plaintiff's Complaint purports to assert claims for Federal False Arrest Claim under 42 U.S.C. 1983 involving a September 6, 2016, a state law False Imprisonment claim related to the September 6, 2016, claims for punitive damages related to the September 2016 arrest; a Federal Malicious Prosecution Claim related to a March 24, 2017 arrest; a state law Malicious Prosecution Claim related to the March 2017; and claims for Punitive Damages related to the March 2017 arrest. The

aforementioned claims are without merit as a matter of law based upon established legal principles and the material facts as to which there is no genuine issue of dispute.

Defendant submits simultaneously herewith his Statement of Undisputed Material Facts together with the Brief in Support of Defendant's Motion for Summary Judgment. In support of this Motion, Defendant relies on the facts admitted in the pleadings and discovery; the Statement of Undisputed Material Facts; the Memorandum of Law in Support of Defendant's Motion for Summary Judgment; deposition testimony, including any attached exhibits to the depositions; and the affidavits submitted contemporaneously.

For all the reasons set forth in the Defendant's Brief in Support of Defendant's Motion for Summary Judgment, Defendant Williamson requests that this Court grant summary judgment in his favor upon all claims asserted against him in this action.

Respectfully submitted this 9th day of January, 2025.

> *s/ Stephen Pereira*
> Stephen Pereira
> Ga. Bar No. 572051

PEREIRA, KIRBY,
KINSINGER & NGUYEN, LLP
P.O. Drawer 1250
Lawrenceville, GA 30046
(770) 963-1997 Telephone
spereira@pkknlaw.com

Counsel for the Defendant certifies by signature below that <u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u> has been prepared with Times New Roman 14-point font as required by Local Rule 5.1.

<u>*/s/ Stephen D. Pereira*</u>
Stephen Pereira
Gar Bar No. 572051
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID C. WARTH,

    Plaintiff,

v.

THOMAS WILLIAMSON,

  Defendant.

CIVIL ACTION FILE NO.
1:23-cv-05072-MLB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing **<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to Plaintiff's counsel of record, Kamu K. Mason, Esq. and Reginald L. Winfrey, Esq., who are CM/ECF participants.

This 9th day of January, 2025.

**PEREIRA, KIRBY,
KINSINGER & NGUYEN, LLP**
<u>/s/ Stephen D. Pereira</u>

P.O. Drawer 1250
Lawrenceville, GA 30046
(770) 963-1997 telephone
(770)822-2913 facsimile
spereira@pkknlaw.com
wlancaster@pkknlaw.com
jjackson@pkknlaw.com

Stephen D. Pereira
State Bar No. 572051
W. Creighton Lancaster
State Bar No. 142351
Jaaonne J. Gadson-Jackson
State Bar No.  279689
Counsel for Defendant Williams