# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID C. WARTH,

   Plaintiff,

v.

THOMAS WILLIAMSON,

 Defendant.

CIVIL ACTION FILE NO.
1:23-cv-05072-MLB

## **DEFENDANT'S INDEX OF EXHIBITS TO BREIF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – PART II**

1.    Ex. C – Brian Warth Deposition Excerpts

2.    Ex. E – Brittney Dewey Deposition Excerpts

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID C. WARTH,

    Plaintiff,

v.

THOMAS WILLIAMSON,

    Defendant.

CIVIL ACTION FILE NO.
1:23-cv-05072-MLB

## DEFENDANT'S EXHIBITS TO BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

EXHIBIT C – Brian Warth Deposition Excerpts

DAVID C. WARTH vs GWINNETT COUNTY PUBLIC SCHOOL, et al.
Brian Warth on 11/06/2024

```
1   conversation --
2        A.   Right, I -- at that -- at that time, I
3   had band practice noise going on in the room and
4   so I didn't hear the information clearly.
5        So I just, kind of, gathered the temperature
6   of the -- of the situation had gone up and so
7   since it sounded, like -- since it sounded, like,
8   it was so urgent that I needed to bring him and
9   get him to see an appointment.
10
11
12
13
14
15
16
17
18       A.   At the time, I thought I heard Deb say
19  that he might have wanted to harm the teacher.
20       Q.   Okay.  I'm going to attempt to share my
21  screen again and we will mark this as defendant's
22  Exhibit No. 2.
23       And if you could, Mr. Warth, let me know
24  when you can see my screen, the screen I'm trying
25  to share?  Are you able to see that document,
```

EXHIBIT

1

Huseby.com





















EXHIBIT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DAVID C. WARTH,

    Plaintiff,

v.

THOMAS WILLIAMSON,

    Defendant.

CIVIL ACTION FILE NO.
1:23-cv-05072-MLB

## **DEFENDANT'S EXHIBITS TO BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

EXHIBIT E – Brittney Dewey Deposition Excerpts

David Warth vs Gwinnett County Public Schools, et al.
Brittney Dewey                                    October 04, 2024

Page 65

```
1        A    Again, they explained it to me, but I
2   cannot, like, spit out, like, the legalization why.
3   BY MR. MASON:
4        Q    Do you remember the name of the solicitor
5   that told you to get a second TPO?
6        A    I do not remember.
7        Q    Okay.  All right.  And so you received the
8   e-mail, correct?
9        A    I did.
10       Q    Okay.  And you said that you received that
11  e-mail on what date?
12       A    I believe it was five or six days after I
13  obtained the second TPO.
14       Q    And where were you when you got that e-mail?
15       A    In my classroom.
16       Q    Okay.  At Brookwood?
17       A    Yes.
18       Q    And David was no longer a student at
19  Brookwood at that time, correct?
20       A    Correct.
21       Q    Were you aware that David was a student at
22  Emory?
23       A    I was not aware.
24       Q    No one ever informed you that he was a
25  student at Emory?
```

 **Fw: URGENT**
Brittney Dewey    to: William Bo Ford, Thomas Williamson          02/06/2017 02:33 PM

History:                    This message has been forwarded.

----- Forwarded by Brittney Dewey/Brookwood High/GCPS on 02/06/2017 02:33 PM -----

| | |
|---|---|
| From: | Urgent <jacobportmeir@slgaint.org> |
| To: | brittney_dewey@gwinnett.k12.ga.us |
| Date: | 02/06/2017 01:49 PM |
| Subject: | URGENT |

Do not show this message to police, family, friends, school officials, anyone else,
or you will be dead within 24 hours. If you disclose this letter and then try to
hide, every day we can't find you or every day you're surrounded by too many police
officers to safely kill you, someone you know will die in your place. Follow
these instructions carefully, and read this entire letter over and over until you
understand all of it. If you get any little
detail wrong, you will suffer dearly. This message has been sent through an
anonymous mailing service that the police can't track. They have tried for years and
have failed. People routinely use this service to email threats to principals to get
school days canceled. To this day, no one has ever been caught. This message was not
sent by anyone you have ever met before. We have ways of knowing that this message
has reached its intended recipient. You have until the end of today to reply "Love
your shirt!" to this message. This will serve as a statement that you intend to
comply with the orders below, and you will be given until the end of this week for
them to be fully carried out. Once these orders are obeyed, no one will be harmed,
and all of this will go away.

If you tell anyone about this, after people start dying, it will become known that
you were the one who could have prevented all of this, and you failed. It will be
made known that you could have met these demands and let the situation fade away,
and instead you chose to knowingly endanger the lives of everyone you've ever met
because of your selfish bloodlust for court action. We will make SURE that the
public finds out, even if your principal tries to hide it. If you fuck this up, you
will have to answer to every family your decision impacted. You will undoubtedly be
held liable in the lawsuits that will be taken against you for endangering the lives
you endangered by revealing this message. In addition, once you disclose this
letter, you will lose your chance to dismiss your legal cases/orders/proceedings.
Court staff are specifically trained not to listen to witnesses whom they feel are
being threatened. Once the legal threats you have created go away, all of the
attacks will cease. It's far wiser to obey these orders and stop them before they
have to happen in order to coerce you into obeying.

There are 6 of us in total. We have a list of names of people important to you.

Should you not obey these orders, should you do anything we don't want to happen, we will proceed down this list, and kill each person in order for each day that these demands are not met.

We know everything there is to know about you-where you work, where you live, to which places you go when you think we can't find you (Linda's house, and the house in Gallatin). We know who is important to you. We are monitoring you in ways you could never conceive possible. "Bubbles." We have undercover informants keeping us updated on your activity. You may be thinking of immediately telling your mom about this letter. You may be thinking of immediately calling the police about this letter. You may be thinking of telling a lawyer or doctor about this letter. If you make any of these foolish decisions, we will know. You will die. And if not you, then another person on the list will die in your place.

NO communication to the outside world of ANY kind about this. No texting, mail, written statements, implied statements, or ANYTHING that might give another person the impression that this letter exists. That your decisions are being influenced by this letter or that you are being threatened.

The demands here are simple: Stop and undo all of your current legal activity. This includes existing orders and proceedings. Do
not involve yourself with the state. There will be no criminal cases. There will be no civil cases. Follow the SPECIFIC orders below, and no one will be harmed. 1 mistake will cost you your life, and potentially the lives of others.

By the time you read this sentence, you're likely in an all-consuming state of panic. You are likely frantically trying to think of ways in which you can testify anonymously. Of ways in which you can alert the outside world that you received this message. Abandon these efforts-they are the exact behavior that this letter is specifically designed to discourage. You understand what we are trying to do. You understand what we would not like. You understand what kind of behavior we will not, AT ALL, tolerate. You know how aware we are. You know what subtleties in police, judicial, and school behavior we are able to pick up on. You don't know how much we are watching you. Do not run and tell your mom about this letter. Do not tell any police officer, lawyer, counselor, or school official about this letter, or we will know that you did, and we will commence the hunting. This is no longer a game. It never was a game. It is life or death. If you tell or subtly hint to anyone the existence of this warning, we will know, and anyone who has to die to ensure obedience with our demands will die.

The police can't stop these attacks from happening, should we decide to strike. They don't know who is on our list. They don't know who to guard. They don't know when or where these attacks will happen. The killings will be swift. No one on the list will

be able to call 911 in time. You are dealing with people who do not fear their own deaths. Worst case scenario, no one can prevent a suicide killing. And even if anyone is arrested, the state can't keep anyone locked away for an endless period of time. And if you somehow get anyone arrested, who do you think they'll go after right as soon as they are released? If you cause a situation where someone is better off dead, you better believe they'll make every effort to kill you first before they kill themselves.

Knowing your history, we have prepared for the event that you make the incredibly stupid decision to disclose this warning to the police or co-workers. It will be nigh on impossible for them to prove where the letter came from; making it very difficult

for police to obtain enough probable cause for a warrant to arrest. And even if they somehow do obtain a warrant, we have setup a measure to guarantee that no arrest will be successfully made. We will, however, know that the police became involved. And we will know exactly who involved them. You will die within 24 hours, and for each day we can't find you, someone you know will die in your place. These deaths will look like accidents. They will not be traceable to you. You will simply receive phone call after phone call from family members telling you that more and more friends and relatives have mysteriously died. If you report this warning, you will likely be put into a witness protection program. However, the other people on our list will NOT be put into this program: you can't accurately guess who they are. DO NOT TELL

ANYONE ABOUT THIS MESSAGE. All of the respondents/defendants in your cases have been ordered to protect themselves. This is in case they are falsely accused of sending this message. We are an independent group who handles legal situations like the ones you've caused. The defendants and

respondents in your cases have not requested these services from us. This message was not sent by these respondents and defendants. We have chosen to do what we feel is best for these people. Since you don't know

who is on our list, a string of deaths across state borders will be virtually guaranteed if you show this note to anybody.

You are trespassing into a dangerous world by involving yourself with the state. You are placing yourself into the range of desperate, deadly people. Should you disobey this warning or not follow the orders below, you will set off a catastrophic chain

of events. More and more people will die, triggering more and more police investigation. All of this will come about because you failed to cooperate. Worst

comes to worst, no legal paper will prevent a deadly suicide mission. If this killing process is stopped early by your obeying of this order, less people will be involved, and the state will have less of an interest in prosecuting before a string of killings occurs.

However, if you let this situation escalate, once people start dying, the state will initiate an intense investigation, and they will prosecute with or without your consent. Once prosecutorial decision-making leaves your hands, you will be dead in the water. The killings will tally up. The moment you disclose this note, you yourself will be targeted, and deaths will occur at a much higher frequency (for your convenience, a chart is shown on the last page of this letter detailing the killing plan). When, at any point, you follow the orders of this note, all killing/hunting/maiming will cease. But all deaths that happen by that point will not be undoable.

Should you, even after the first several deaths, remain disobedient and report this message to the police, worst case scenario, the end result will not be pretty. If no further options to prevent state intervention become available, a suicidal massacre will take place that you can't prevent or know when will happen. At least 22 people will die in 1 day. You will never be able to undo this type of damage.

Fortunately, all of this can be prevented. You are being offered a deal. The decision is yours. If you report this information, you are putting hundreds of people in danger and taking the biggest gamble of your life. This is a gamble you will not win. You have a habit of leaving yourself incredibly vulnerable on a daily basis. There have been several easy opportunities to kill you in the past that have not been taken because there was no demonstrated need. However, if you heed the following instructions to the LETTER, no one will be harmed, and safety will be guaranteed. You have 2 days:

Go BY YOURSELF, after work, to any civil courts you have visited in the last 4 years. Ask to speak to the clerk of the court. Tell the clerk of the court that you wish to file a motion to dismiss any specific court orders or pending cases you currently have in place. BE SPECIFIC. For example, say "I would like to file a motion to dismiss my current divorce proceeding," or "I would like to file a motion to dismiss my current small claims suit," or "I would like to file a motion to dismiss my current restraining order." DO NOT say anything that is obviously vague, like "I would like to file a motion to dismiss any court orders I currently have in place." You will be required to provide an address for the respondent in the cases you are involved in. Bring this information with you to the courthouse. Depending on your cases, a hearing may be scheduled to discuss the case dismissal. If this happens, you are to ATTEND this hearing, and give the appropriate testimony as described below.

YOU WILL BE QUESTIONED AT SOME POINT as to why you are dismissing your cases. YOU
WILL BE PRESSURED BY THE COURT to reveal what you have learned in this letter. Guard
the secret of this message with your life. Betray no suggestion that it ever
existed. The
urge you'll experience to let slip this information will be agonizingly tremendous.
When this happens, you are to "get into character" like good actors do, and give the
following explanation in a manner that feels BELIEVABLE: "I worked out an agreement
with his/her attorney to dismiss this case and settle the issue outside of court."

You are to act as though the following statements are true:

-Your lawyer has been in contact with the respondent's lawyer (say this even if you
don't have a lawyer. If you have to, pretend that you hired a private attorney whose
name you can't really pronounce or remember correctly).
-If anyone asks, your attorney contacted the respondent's attorney first. -You feel
safe.
-No one has threatened or bribed you.
-You are trying to settle the current matter outside of court to keep everyone's
·record clean.
-(For any divorce cases) the respondent no longer lives near you.
-(For any small claims cases) the respondent has agreed to settle. -You and your
lawyer are discussing further legal action, but at the moment, you've
agreed to file this motion to dismiss this current case.
-The respondent (in all cases) has had no contact with you of any kind. -The
respondent (in all cases) has not threatened you in any way.
-Say that you wanted to represent yourself as to not incur legal fees, and have
already been advised by counsel.

IMMEDIATELY AFTER you have finished at the civil court, you are to go to the state
court in the counties of any criminal cases you are involved in. You are to speak to
the court's victim witness coordinator, and ask for the charges in your case(s) to
be dropped. The victim witness coordinator will have you submit a written request
that will be notarized in the court building itself. If asked for the reason why you
are doing this, you are to give the same reasons as before. Say ONLY what you have
to:

-You are trying to settle the current matter outside of court as part of an
agreement to keep everyone's record clean.
-If anyone asks, your attorney contacted the respondent's attorney first. -You feel
safe. ·  ·  ¡¡
-No one has threatened or bribed you.
-(For any divorce cases) the respondent no longer lives near you.
-(For any small claims cases) the respondent has agreed to settle. -You and your

lawyer are discussing further legal action, but at the moment, you've
agreed to file this motion to dismiss this current case.
-The respondent (in all cases) has had no contact with you of any kind. -The
respondent (in all cases) has not threatened you in any way.

After you submit this written statement, ask for the prosecutor to be notified as
soon as possible. You are also to prepare a story in case the prosecutor wants to
talk to you directly. Make up plausible reasons as to why you would be doing this,
but do NOT imply that you are doing it because you feel threatened in any way. For
example, maybe your ex-spouse has agreed to move away, or maybe you worked out some
kind of agreement with the respondent's lawyer directly where you agreed for a
different type of order to be put into place in a different legal
department. Prosecutors are TRAINED to screen for witness intimidation through
subtleties in witness behavior. If you give the prosecutor(s) in your cases any
sense that you feel threatened, you will lose influence on their decision to dismiss
your own cases. Again,
STAY IN CHARACTER like good actors do.

If any respondents' attorneys actually become involved, you are to agree with any
rationale they give for justifying case/proceeding/order dismissal.

Once you have done these two court activities, you are to LET THESE CASES DIE. ONLY
discuss them when you are approached about them, and ONLY say what you have to to
let the person approaching you about the cases know that you are
dismissing them
because you worked out an agreement with the respondent's lawyer. If anyone who is
super involved in your cases, to the point that they are scheduling their own time
around your cases, should approach you to discuss your cases with you, say what you
have to to believably diffuse their level of involvement. If anyone asks how you've
been in contact with the respondents'/defendants' attorneys, say that you had a
private attorney contact their
attorney. Make sure all case activity is diffused as it comes, and let the cases
fade. You are never to take legal/police/state action again for the rest of your
life. These killing schedules extend indefinitely should you foolishly decide to
become re-involved with the state.

You are under a severe time constraint.

You have 2 days from the delivery of this letter to do these tasks before we
initiate the first attack. Do not delay. It will happen at any point within the
week. Do not consider this to be an offer you can refuse or "think about." Follow
our orders. Going to the police or notifying another school staff member about this
means GUARANTEED DEATH, by suicide
mission if necessary.

Once you have received this letter, reply to this email with the text "love your shirt!". This will serve as a statement that you intend
to obey these orders. If you do this, you will be given until February 10th to fully carry out these legal tasks.

If you do not send this email, the first attack will be carried out. The first target has already been selected, and an ambush location which they frequently visit has already been identified. If the name "Marianne Ciciarelli" means anything to you, you can relax:

She is not whom we will first attack. We have chosen a different unrelated target whom you
have direct relations with. If you fail to send the above email, this person will be severely maimed, and will likely need to go to the hospital, but they will not be killed. This will serve as your last warning to the seriousness of this letter.
Afterwards, for each week the cases still exist, the actual killing will begin.


This is not a game. There is nowhere you can go. There is no one you can safely speak to. There is nothing you can do to stop imminent death EXCEPT for obeying THE INTENTION behind these orders. You are dealing with people who do not fear their own deaths. You are dealing with people who are willing to sacrifice
themselves in order to accomplish their goals. You are dealing with people who tap into electronics and phone conversations.
You are dealing with people who anticipate and sidestep police tactics. You are dealing with people who have informants everywhere. You are dealing with people who are not afraid of court papers if they intend to kill you or anyone else. You are dealing with a team of 6 desperate people in a blood pact who are trying to protect their family and loved ones from gang and police activity. You are dealing with people who kill on a daily basis in exchange for their own assassination needs.

People die every day from situations like the one you're in right now. The ones who survive are the ones who back out. The ones who don't mess with the wrong people. The ones who don't do anything to piss off anybody.

And if you're thinking you can somehow anonymously speak to someone in private about this situation, you might want to consider just how closely you're actually being watched:


(we were going to include a photo we took of you in the Walmart parking lot next to your house in the neighborhood behind Cofer Circle here, but we're not about to send

an unsecured image file to a clearnet email address. Especially the address of a potential squealer.)

This is not a dream. This is not a false promise. It is really happening. You are actually being faced with potential death, should you not obey.

But you know what?

All of this can go away.

You have two choices: a gamble you cannot hope to win, or guaranteed survival for at least one more year. There will not be any reason to threaten you if your actions no longer threaten anyone else.

Take the easy way out.

Cancel all of your civil and criminal cases, court orders, and proceedings.

Do not try to fight a battle that will lead to you or your family's certain doom.

You cannot hide everyone. You cannot arrest someone if you don't know where they are. You cannot stop a suicide mission. You cannot lock someone away forever.

Obey these orders. Keep this a secret. Send the email reply to buy yourself time. Follow our orders,
and escape this situation while you still have your life, before anyone has died yet. All emails to
this address will be read. You will not get a response, but all
information you send will be taken into consideration. Any efforts to stall this process will be met with penalty.

For your convenience, below is a list of prohibited behavior and the severity of said behavior's consequences:

The following incidents will trigger the weekly killing schedule:
-Not sending the email reply within 1 day
-Your current pending cases/court orders still existing after 2 days if the above email has not been sent
-Your further testimony as a witness
-Stalling or "fake" behavior (sending the email but not actually carrying out the

above-mentioned legal orders)
-Any attempt to "bargain" with us, i.e. "I'll cancel the criminal cases if you keep the civil ones," or "I'll cancel the civil cases if you keep the criminal ones."

The following incidents will trigger the daily killing schedule:
-Unwanted police activity:
-An attempted arrest
-additional legal action/motions
-The beginning of court proceedings
-attempting to hide from the school (informants are keeping track of your attendance and whereabouts.)

The following incidents will trigger your instant death, an expedited killing schedule, and a potential suicidal rampage mission:
-Disclosing the existence of this letter in any way, through any level of subtlety

We're assuming that you're going to show this message to the police and then try to hide. We have already tracked which series of events will indicate that this is your intention. We have a special target selected in the event that this is your intention. The police will not be able to respond in time to prevent this killing. This person is especially vulnerable and dear to you.
We're also assuming that you're going to try and ignore this message. We have ways of knowing that you received it. If you do not
send the specific email response listed above, the first killing on our list will be done by next week.

The police will not help you in the way you think they will. There is no probable cause in this message to warrant the arrest any specific person. No court in the land will allow this message, due to its layers of anonymity, to be entered into evidence. You'll endanger far
more lives than you'll save by showing this message to them.

But don't worry, special precautions which, for obvious reasons, are not listed here have been taken in the case that this letter is turned over to a professional
investigator.

Use common sense. Why would you knowingly jeopardize the lives of your family and loved ones?

You have until the end of today before you are presumed disobedient. If you send the email described above, you will be granted until the end of this week for all cases/orders/proceedings to be dismissed. Not for motions to be filed, but to be outright DISMISSED. These things take time. Better hurry. Sending live updates of what court staff say to you and how far you've gotten in the process to

this email address will reflect favorably on your situation.

You are attempting to harm some of the most innocent and beloved people and children in the community. These people are loved by vast support networks, who would die to protect them from dishonest, threatening individuals like you. Stop this ridiculous, racist persecution
immediately, or we will see to it that you suffer every shred of the agony you and your corrupted school are causing in the community.

Reply "Love your shirt!" to this email by the end of today, and you will be given a grace period-until the end of this week-before we take any further action against you. Don't bother trying to ignore this message or pretend you didn't receive it: you may be interested to know just how easy it is to tap into and monitor electronic devices. If you don't send this email, the first attack will commence and be carried out by the end of next week.

And if a police officer is reading this message over your shoulder right now, the 5 nearest people to you are as good as dead.