**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DAVID C. WARTH,

   Plaintiff,

v.

THOMAS WILLIAMSON,

 Defendant.

CIVIL ACTION FILE NO.
1:23-cv-05072-MLB

---

**<u>DEFENDANT'S EXHIBITS TO STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT</u>**

EXHIBIT C- Brian Warth Deposition Excerpts

DAVID C. WARTH vs GWINNETT COUNTY PUBLIC SCHOOL, et al.
Brian Warth on 11/06/2024

```
 1

 2          IN THE UNITED STATES DISTRICT COURT

 3         FOR THE NORTHERN DISTRICT OF GEORGIA

 4                 ATLANTA DIVISION

 5

 6   DAVID C. WARTH,              )
                                  ) CIVIL ACTION
 7        Plaintiff,              ) FILE NO.:
                                  ) 1:23-cv-05072-MLB
 8   vs.                          )
     GWINNETT COUNTY PUBLIC       )
 9   SCHOOLS, et al.,             )
                                  )
10        Defendant.              )
     _____)
11

12        The remote videoconference deposition of

13   BRIAN WARTH taken pursuant to Notice and

14   agreement of counsel for any and all purposes

15   allowed under the Georgia Civil Practice Act; the

16   reading and signing of the deposition will go

17   forward; taken before Samantha Browning,

18   Certified Court Reporter, Certified Verbatim

19   Reporter and Notary Public in and for the State

20   of Georgia to commence at 10:00 A.M. on the 6th

21   day of November, 2024.  All parties in attendance

22   appeared via remote videoconference.

23

24

25
```

DAVID C. WARTH vs GWINNETT COUNTY PUBLIC SCHOOL, et al.
Brian Warth on 11/06/2024

Page 56

1    Q.  I'm a little confused.  Why -- why would

2    you need to tape the metronome under the car --

3        A.  He believed it would make a sound -- it

4    would change in its tone as it passes by.

5        It was a way of doing the experiment.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24            MR. PEREIRA:  So --

25        A.  It was a crisis -- they created the

DAVID C. WARTH vs GWINNETT COUNTY PUBLIC SCHOOL, et al.
Brian Warth on 11/06/2024

Page 59

1    A.   Not exactly.

2    ███████████████████████████████████████

3    ███████████████████████████████████████

4    ███████████████████████████████████████

5    A.   Okay.  David was home with both me and

6    Deb.  We were talking to David about his anxiety

7    at the school and David had enough of the

8    conversation and walked out of the house.

9    I knew that I didn't want him out at night

10   with everything that was going on at the school

11   at the time, so I immediately went and picked him

12   up and took him to band practice.

13   While I was at band practice, I get a call

14   from Deb and she said bring him home, he needs to

15   -- we need to consider getting medication and

16   then she went into a lot of other conversation

17   more about how the school was acting on David.

18   I brought David home; I stopped band

19   practice and I went and took David home.  We went

20   to bed.  There was nothing else.

21   ███████████████████████████████████████

22   ███████████████████████████████████████

23   ███████████████████████████████████████

24   ███████████████████████████████████████

25   ███████████████████████████████████████

DAVID C. WARTH vs GWINNETT COUNTY PUBLIC SCHOOL, et al.
Brian Warth on 11/06/2024

Page 63

1    conversation --

2        A.   Right, I -- at that -- at that time, I

3    had band practice noise going on in the room and

4    so I didn't hear the information clearly.

5        So I just, kind of, gathered the temperature

6    of the -- of the situation had gone up and so

7    since it sounded, like -- since it sounded, like,

8    it was so urgent that I needed to bring him and

9    get him to see an appointment.

10

11

12

13

14

15

16

17

18       A.   At the time, I thought I heard Deb say

19   that he might have wanted to harm the teacher.

20       Q.   Okay.  I'm going to attempt to share my

21   screen again and we will mark this as defendant's

22   Exhibit No. 2.

23       And if you could, Mr. Warth, let me know

24   when you can see my screen, the screen I'm trying

25   to share?  Are you able to see that document,

EXHIBIT

1















EXHIBIT

2

Huseby.com

