IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

**DEFENDANT'S EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Ex. F – Preliminary Hearing Recording (filed manually)

Requested by: Stephen Pereira
Defendants Name: David Warth
Case #: 17W-05732

## CERTIFICATION

GEORGIA, GWINNETT COUNTY

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE CASSETTE TAPE/CD, TAKEN AT THE PRELIMINARY HEARING ON THE 28 DAY OF March, 2017. GIVEN UNDER MY OFFICIAL SIGNATURE AND SEAL OF THE COURT THIS 1 DAY OF Oct, 2024.

DEPUTY CLERK,
MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA