IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>   Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br> Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

**DEFENDANT'S EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Ex. G – Order Withdrawing Guilty Plea

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

2017 AUG 10 PM 3: 20

RICHARD ALEXANDER, CLERK

| | |
|---|---|
| STATE OF GEORGIA, | ) |
| | ) |
| vs. | ) Accusation Number: |
| | ) 16D-6001-4 |
| DAVID CHRISTOPHER WARTH, | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO WITHDRAW PLEA AND SETTING ASIDE AND VACATING SENTENCE

Defendant, David Christopher Warth, entered into a negotiated plea and was sentenced by this Court on February 9, 2017. Defendant, by and through counsel, subsequently filed a First Amended Motion to Withdraw Guilty Plea, which was heard by this Court on June 30, 2017. After consideration of the Motion, all matters of record and the applicable and controlling law, this Court finds Defendant's Motion is proper. The Court does not find that there was a sufficient factual basis for Defendant Warth to enter a plea of guilty to the charges set forth in the Accusation.

Therefore, the Motion to Withdraw Guilty Plea is hereby GRANTED, and Defendant's sentence shall be set aside and vacated. Defendant's bond, including the special conditions, shall be reinstated. Defendant Warth shall not have any contact, direct or indirect, with Brittney Dewey or Brookwood High School. This case shall be placed on the next available trial calendar.

SO ORDERED this _10_ day of ___August___, 2017.

Joseph C. Iannazzone, Judge
State Court of Gwinnett County

Georgia, Gwinnett County
This is to certify this is a true and correct copy
of Order as the same appears of record
in Gwinnett County Superior/State Court.
Given under my official signature and seal of
the Court this ___ day of ___

Deputy Clerk Superior/State Court, Gwinnett County, Georgia