IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>　Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br>　Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

**<u>DEFENDANT'S EXHIBITS TO STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT</u>**

Ex. H – June 2017 Indictment

| Page 1 | BILL OF INDICTMENT<br>ASSIGNED TO JUDGE TURNER | 17B 02251-2 |

Grand Jury Witnesses

DA Investigator Collin Flynn

State of Georgia, Gwinnett Superior Court
(2017) March Adjourned Term - Panel A

**State of Georgia**
*Versus*
**David Christopher Warth**

RICHARD ALEXANDER CLERK
17 JUN 14 PH 3 43
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

Offenses

**Counts 1 and 2 AGGRAVATED STALKING**
(O C G A 16-5-91)
**Count 3 INFLUENCING WITNESS**
(O C G A 16-10-93)

True Bill, this 14th day of June, 2017

_____
Julie Hickey, Grand Jury Foreperson

Received in open court from the sworn Grand Jury bailiff and filed in office

This 14 day of June, 2017

_____
Deputy Clerk, Gwinnett Superior Court

Daniel J Porter, District Attorney, Gwinnett Judicial Circuit
Special Presentment

The defendant herein waives a copy of indictment, list of witnesses, formal arraignment and pleads _____ guilty

This _____ day of _____, 20____

_____
Defendant

_____
Attorney for the Defendant

We the jury find the defendant

_____

_____

_____
Foreperson

This _____ day of _____, 20____

_____
Assistant District Attorney

Georgia, Gwinnett County
This is to certify this is a true and correct copy of _____ as the same appears of record in Gwinnett County Superior/State Court.
Given under my official signature and seal of the Court this _____ day of _____

_____
Deputy Clerk Superior/State Court, Gwinnett County, Georgia

| Page 2 | BILL OF INDICTMENT | 17B 02251-2 |

STATE OF GEORGIA, COUNTY OF GWINNETT
IN THE SUPERIOR COURT OF SAID COUNTY

The GRAND JURORS selected, chosen and sworn for the County of Gwinnett, to wit

| | |
|---|---|
| Julie Hickey, Foreperson | Nancy Helton-McDaniel |
| Bridget Sullivan, Vice-Foreperson | ~~Courtney Hickman~~ |
| Amanda Cobb, Clerk | Jared Jones |
| ~~Amanda Huff, Deputy Clerk~~ | Gregorio Pacheco |
| Jaquise Banes | Jennifer Parker |
| Edernst Barthelus | Lindita Prifti |
| Lannette Birtwistle | Robert Ricchiuti |
| Yolanda Brown | Craig Roberts |
| Berinda Campbell | ~~Kavitha Surana~~ |
| Steve Cannon | George K Wong |
| ~~Christopher Davis~~ | ~~Kimberly Kozeny (Alternate #1)~~ |
| ~~Innox Frank~~ | ~~Jameka Reese Blackmon (Alternate #2)~~ |
| ~~Gerald A Hagins~~ | ~~Jillian Williams (Alternate #3)~~ |

Count 1

in the name and behalf of the citizens of Georgia, charge and accuse **David Christopher Warth** with the offense of **AGGRAVATED STALKING (O C G A 16-5-91)** in that the said accused, in the State of Georgia and County of Gwinnett, on the 6th day of February, 2017, did then and there unlawfully, at Brookwood High School, located at 1255 Dogwood Rd, Snellville, in violation of a temporary restraining order, contact another person, to wit Brittney Dewey, without her consent, for the purpose of harassing and intimidating said person by sending said person a threatening and intimidating email, contrary to the laws of said State, the peace, good order and dignity thereof

Count 2

and the Grand Jurors aforesaid in the name and behalf of the citizens of Georgia, further charge and accuse **David Christopher Warth** with the offense of **AGGRAVATED STALKING (O C G A 16-5-91)** for the said accused, in the State of Georgia and County of Gwinnett, on the 6th day of February, 2017, did then and there unlawfully, at Brookwood High School, located at 1255 Dogwood Rd, Snellville, in violation of a condition of pretrial release, contact another person, to wit Brittney Dewey, without her consent, for the purpose of harassing and intimidating said person by sending said person a threatening and intimidating email, contrary to the laws of said State, the peace, good order and dignity thereof

| Page 3 | BILL OF INDICTMENT | 17B 02251-2 |

## Count 3

and the Grand Jurors aforesaid in the name and behalf of the citizens of Georgia, further charge and accuse **David Christopher Warth** with the offense of **INFLUENCING WITNESS (O C G A 16-10-93)** for the said accused, in the State of Georgia and County of Gwinnett, on the 6th day of February, 2017, with intent to deter Brittney Dewey, a witness, from testifying freely, fully and truthfully to a matter, to wit Criminal Case NO 16-D-06001-5, said matter pending in the State Court of Gwinnett County did directly communicate, by sending an email to said witness, a threat of injury, contrary to the laws of said State, the peace, good order and dignity thereof

Daniel J Porter, District Attorney

(drafted ChL proofed JNS)