IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

**DEFENDANT'S EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Ex. I – Sentencing Order February 2017

**STATE COURT OF GWINNETT COUNTY**
**SENTENCE AND PROBATION ORDER**

**STATE OF GEORGIA**

vs

**DAVID CHRISTOPHER WARTH**

CRIMINAL ACTION NO __2016D-06001-5__   FINAL DISPOSITION

OFFENSE(s) 1. Stalking
2. Criminal trespass
3. Wearing a mask

Dec TERM 20 16   OFFENSE DATE 9-6-16

- ☑ PLEA Alford
- ☐ NEGOTIATED  ☐ IN ABSENTIA
- ☑ GUILTY CT(s) 1,2,3
- ☐ NOLO CONTENDERE CT(s) _____
- ☐ COND DISCHARGE ☐ § 16-13 2(a) CT _____
  ☐ § _____ CT _____
- ☐ TRIAL  ☐ JURY  ☐ BENCH
- ☐ VERDICT
- ☐ GUILTY ON CT(s) _____
- ☐ NOT GUILTY ON CT(s) _____
- ☐ FIRST OFFENDER STATUS – See Supplemental Order
- ☐ PAYMENT OF RESTITUTION ☐ See attached Order ☐ Schedule within _____ days
- ☐ OTHER
- ☐ NOLLE PROS CT(s) _____
- ☐ DEAD DOCKET CT(s) _____

WHEREAS, the Defendant has been found guilty of or has entered a plea to the above state offense(s) it is ORDERED that the defendant is sentenced to

| CT | PROBATED SENTENCE | NON PROBATED SENTENCE | CREDIT TIME SERVED | FINE surcharges to be added |
|---|---|---|---|---|
| 1 | 12 months | 90 days | 2 days | 1,000 Susp |
| 2 | 12 months ☐ CC ☑ CS to Ct 1 | ☐ CC ☐ CS to Ct __ | | 500 Susp |
| 3 | 12 months ☐ CC ☑ CS to Ct 2 | ☐ CC ☐ CS to Ct __ | | 500 Susp |

IT IS HEREBY COMMANDED that the above DEFENDANT serve a sentence of __36 months__ entirely in ☐ jail on ☐ probation ☐ suspension or consisting of __90 days__ in ☑ jail ☐ PWC _____ in work release _____ in house arrest and the remainder on ☑ Probation ☐ Suspension subject to the requirements and conditions set out herein

- ☐ Non probated time to be served ☐ in _____ hour increments weekly beginning _____ ☐ report _____
- ☐ Probation period to begin ☐ consecutive to _____ ☐ concurrent with _____
- ☐ Suspension conditioned on completion of conditions by _____ ☐ Pay only probation ☐ Apply cash bond

**Conditions of ☑ Probation ☐ Suspension**

** Status check in 60 days **

**General Conditions**
1. You must obey all laws and avoid persons of disreputable or harmful character
2. You must avoid injurious and vicious habits especially alcohol and narcotics unless lawfully prescribed
3. You must work faithfully and not change your current residence or leave the jurisdiction of the Court without the permission of the Court
4. You must report to your Probation Officer as directed and allow your Probation Officer to visit you wherever you are ☐ May report by phone or mail
5. You must pay all fines and restitution within the time specified by your Probation Officer
6. You must pay a Probation Supervision Fee of $35 each month to Southeast Corrections LLC the Court's probation services contractor
7. You must pay a Crime Victims Compensation Program fee of $9 00 each month

**Special Conditions**
8. ☐ You must perform _____ hours of Community Service at the direction of your Probation Officer
9. ☐ You must perform _____ days of Community Service (WAP) through GCCI (see supplemental form)
10. ☐ You must prove your attendance at ☐ Alcoholics Anonymous or ☐ Narcotics Anonymous _____ meetings Per Week for _____ consecutive weeks
11. ☐ You must prove you attended a state approved school for ☐ State mandated Risk Reduction ☐ Defensive Driving ☐ Alive at 25
12. ☑ You must begin within 30 days and provide proof of your evaluation and treatment for ☑ mental health ☐ substance abuse
    To be completed at ☑ Viewpoint Mental Health Unit ☐ State Approved Program
13. ☐ You will not use alcohol or narcotics and you must submit to random alcohol/drug screening Defendant shall pay for an independent screen if requested by probation ☐ Including ETG testing
14. ☐ You must ☐ pay a $25 Publication fee ☐ install ignition interlock ☐ tag forfeiture
15. ☐ Attend the ☐ Victim Impact Panel ☐ Teen Victim Impact Panel as scheduled by probation Pay program fee
16. ☐ You must participate in and complete all the requirements of the Gwinnett County DUI Treatment Court Program
17. ☑ You shall ☑ have NO contact with ☐ have NO VIOLENT contact with ☑ NOT visit the premises of Bri Hirsch & family members of Choo
18. ☐ You must begin within 30 days and provide proof of attendance and completion of ☐ values clarification ☐ theft ☐ shoplifting ☐ certified family violence intervention program ☐ anger management ☐ decision making ☐ parenting course
19. ☐ You must forfeit any weapon(s) related to this matter ☐ Attend a firearm safety course
20. ☐ You must reimburse Gwinnett County for the cost of your ☐ Court appointed attorney in the amount of $ _____ ☐ Pay $50 00 application fee
21. ☐ Submit to fingerprinting at the GCDC ☐ within _____ days ☐ on or before _____ at _____
22. ☐ If fines surcharges & special conditions of the sentence are met/completed probation may become ☐ non-reporting ☐ terminated after _____
23. ☐ Appear before this court on _____ at _____ A M to prove completion of the terms of this sentence or your inability to comply
24. ☐ Obtain no new citations and provide driver's history to probation every _____ days for _____ months
25. ☐ Obtain STD/HIV testing ☐ within _____ days
26. ☑ Abide with conditions of TPO - remainder of probation period must be on GPS
27. ☑ Monitor until further order of the court in place upon immediate release from custody

The Defendant is further advised that the Court may at any time revoke any conditions of this probation and/or discharge the defendant from probation The Defendant shall be subject to arrest for violation of any condition of probation herein granted If such probation is revoked the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the Defendant has served on probation

Defendant was represented by ☐ Pro Se ☑ Attorney __Reginald Winfrey__  _____ County by (Employment) (Appointment)

Court Reporter __Donna Habell__  Judge [print] ~~PAMELA SOUTH~~ Joseph C. Iannazzone

Ordered this __9th__ day of __February__ 20__17__  Judge [sign] _____ ☐ By designation

White Clerk  Yellow Solicitor  Pink Probation  Blue Defense Attorney  Gold Defendant

OCA Fm 18 NCR [30] DSI614

FILED IN OFFICE
RICHARD ALEXANDER
FEB - 9 2017
CLERK STATE COURT
GWINNETT COUNTY GEORGIA