IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH, | |
| Plaintiff, | CIVIL ACTION FILE NO. 1:23-cv-05072-MLB |
| v. | |
| THOMAS WILLIAMSON, | |
| Defendant. | |

**DEFENDANT'S EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Ex. J – William Brogdon Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH, | |
| Plaintiff, | CIVIL ACTION FILE NO. 1:23-cv-05072-MLB |
| v. | |
| THOMAS WILLIAMSON, | |
| Defendant. | |

### AFFIDAVIT OF WILLIAM BROGDON

Personally, appeared before the undersigned officer, authorized to administer oaths, WILLIAM BROGDON who, being duly sworn, does state under oath as follows:

1.

My name is WILLIAM BROGDON. I am over the age of eighteen (18), competent to testify and submit this affidavit in the above referenced case with the understanding that it may be relied on by the court in adjudication of the issues pending before it.

2.

I am currently employed as a Gwinnett County Magistrate Judge and was serving in that capacity on March 17, 2017.

3.

As part of my duties as a Gwinnett County Magistrate Judge I routinely issue arrest warrants.

4.

During the entirety of my service as a Gwinnett County Magistrate Judge, including on March 17, 2017, the process for issuance of an arrest warrant involves both a written warrant application and affidavit and sworn oral testimony from the person seeking the arrest warrant.

5.

In instances where there are discrepancies or concerns about the existence of probable cause for the issuance of an arrest warrant it is my custom and practice to ask the applicant questions regarding the evidence supporting probable cause.

6.

I issued the arrest warrant attached hereto as Exhibit "A" after both a review of the written application and affidavit and receipt of sworn oral testimony from Officer Thomas Williamson.

Pursuant to 28 U.S.C.A. § 1746, by my signature below, I declare, under penalty of perjury, that the foregoing is true and correct. Executed on December 18, 2024.

_____
WILLIAM BROGDON

MAGISTRATE COURT OF GWINNETT COUNTY
CRIMINAL ARREST WARRANT APPLICATION

DATE  Friday, March 17, 2017
      2:07:53PM

CaseNo  2017-00580
WARRANT NO  17W05732

PROSECUTOR  T Williamson

ADDRESS  52 Gwinnett Drive

CITY  Lawrenceville  STATE  GA  ZIP  30045

PHONE NO  770-513-6715 (WORK)  FAX  E-MAIL

Acc_VehUnusual

ACCUSED  DAVID CHRISTOPHER WARTH
ADDRESS
CITY
PHONE NO              FAX              E-MAIL
RACE W   AGE 20   SEX Male   HT 5 11   WT 180   EYES HAZ (Hazel)   HAIR BRO (Brown)
SPECIAL BODY MARK  Scars/Tattoo-
DOB 11/30/1996        SSN              AUTO TAG

WITNESSES

DATE OF INCIDENT  2/6/2017 to 2/7/2017   TIME OF INCIDENT  7 00 00AM to 7 00 00AM

INCIDENT LOCATION  1255 Dogwood Rd, SNELLVILLE, GA, 30078

☑ FELONY              ☐ FAMILY VIOLENCE              ☑ PROBATION       ☑ IN CUSTODY
                                                                         GC Detention Center
☐ MISDEMEANOR         ☐ SPECIAL CONDITIONS OF BOND    ☐ PAROLE

Magistrate  William Brogdon

Prosecutor  T Williamson
Agency  Gwinnett County School Police
Badge  24

I prefer  ☐ AM  ☐ PM commitment hearing times

CRIMINAL ARREST WARRANT

GEORGIA, GWINNETT COUNTY  
STATE OF GEORGIA  
v  
DAVID CHRISTOPHER WARTH  
DOB          ustody Yes Location GC Detention Center  
Race W, Sex Male, Height 5 11', Weight 180,  
Hair BRO (Brown), Eyes HAZ (Hazel)

WARRANT NO 17W05732  
CASE NO 2017 00580

## AFFIDAVIT

Personally appeared the undersigned prosecutor T Williamson who on oath says that to the best of the prosecutor s knowledge and belief the above named accused between 2/6/2017 07 00 00 AM and 2/07/2017 07 00 00 AM at 1255 Dogwood Rd SNELLVILLE, GA, 30078 GWINNETT COUNTY did commit the offense of Aggravated Stalking ( Felony ) in violation of O C G A 16 5-91 (CC 1383) and against BRITTNEY DEWEY and the laws of the State of GEORGIA The facts of this affidavit for arrest are based on Said accused did in violation of a condition of pretial release, a copy of which is not attached Which prohibits certain behaviour, did follow, place under surveillance, and contact the victim at 1255 Dogwood Rd Snellville Ga 30078 (Brookwood High School) and The Wal Mart shopping center located at 4375 Lawrenceville Hwy Tucker Ga 30084 in Dekalb County The above location(s), which is not the residence of the Accused, without the consent of victim and for the purpose of harassing and intimidating the victim by threatening the victim s life Stating that the victim and the victim s family and friends would be killed if the victim did not file a motion to dismiss any pending cases the victim currently had in place Prosecutor makes this affidavit that a warrant may be issued for the accused person's arrest

Probable Cause  
Said accused did in violation of a condition of pretial release, a copy of which is not attached Which prohibits certain behaviour, did follow, place under surveillance, and contact the victim at 1255 Dogwood Rd, Snellville Ga 30078 (Brookwood High School) and The Wal-Mart shopping center located at 4375 Lawrenceville Hwy, Tucker Ga 30084 in Dekalb County The above location(s), which is not the residence of the Accused, without the consent of victim and for the purpose of harassing and intimidating the victim by threatening the victim s life Stating that the victim and the victim s family and friends would be killed if the victim did not file a motion to dismiss any pending cases the victim currently had in place

Sworn to and subscribed before me this 17th day of March, 2017, at 02 08 26 PM

_____  
Judge  William Brogdon  
Magistrate Court of GWINNETT COUNTY

_____  
Prosecutor T Williamson  
Badge 24        Agency Gwinnett County School Police

## STATE WARRANT FOR ARREST

To any Sheriff Deputy Sheriff Coroner Constable or Marshal of this State - Greetings  
For sufficient cause made known to me in the above affidavit incorporated by reference herein and other sworn testimony you are hereby commanded to arrest the accused DAVID CHRISTOPHER WARTH named in the above affidavit charged by the prosecutor therein with the above offense(s) against the laws of this State at the time place and manner named in the above affidavit and bring the accused before me or another judicial officer of this State to be dealt with as the law directs Herein fail not

This 17th day of March, 2017, at 02 08 26 PM

_____  
Judge  William Brogdon  
Magistrate Court of GWINNETT COUNTY

## ORDER FOR BOND

IT IS HEREBY ORDERED that the aforesaid accused DAVID CHRISTOPHER WARTH be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of GWINNETT COUNTY in the amount of SUPERIOR COURT ONLY OCGA 17 6 1 to assure the presence of said accused at arraignment trial and final disposition in the Superior Court / State Court of GWINNETT COUNTY

Witness my hand and seal, this 17th day of March, 2017, at 02 08 26 PM

_[signature]_

Judge William Brogdon
Magistrate Court of GWINNETT COUNTY

- ☑ FELONY
- ☐ MISDEMEANOR
- ☑ IN CUSTODY
- ☐ FAMILY VIOLENCE
- ☐ SPECIAL CONDITIONS OF BOND
- ☑ PROBATION
- ☐ PAROLE