IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

**DEFENDANT'S INDEX OF EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1. Ex. A – David Warth Deposition Excerpts;

2. Ex. B – Thomas Williamson Deposition Excerpts;

3. Ex. C – Brian Warth Deposition Excerpts;

4. Ex. D – Thomas Williamson Affidavit;

5. Ex. E – Brittney Dewy Deposition Excerpts;

6. Ex. F – Preliminary Hearing Recording (filed manually);

7. Ex. G – Order Withdrawing Guilty Plea;

8. Ex. H – June 2017 Indictment;

9. Ex. I – Sentencing February 2017;

10. Ex. J -William Brogdon Affidavit

Respectfully submitted this 9th day of January, 2025

|  |  |
|---|---|
| P.O. Drawer 1250<br>Lawrenceville, GA 30046<br>(770) 963-1997 telephone<br>(770)822-2913 facsimile<br>spereira@pkknlaw.com<br>wlancaster@pkknlaw.com<br>jjackson@pkknlaw.com | **PEREIRA, KIRBY,<br>KINSINGER & NGUYEN, LLP**<br>*s/ Stephen D. Pereira*<br>Stephen D. Pereira<br>State Bar No. 572051<br>W. Creighton Lancaster<br>State Bar No. 142351<br>Jaaonne J. Gadson-Jackson<br>State Bar No. 279689<br>Counsel for Defendant Williamson |

Counsel for the Defendant certifies by signature below that <u>DEFENDANT'S INDEX OF EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u> has been prepared with Times New Roman 14-point font as required by Local Rule 5.1.

*/s/ Stephen D. Pereira*
Stephen Pereira
Gar Bar No. 572051
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br> Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing DEFENDANT'S INDEX OF EXHIBITS TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Kamu K. Mason, Esq.
3036 Woodrow Drive
Lithonia, GA 30038

Reginald L. Winfrey, Esq.
The CD FIRM, LLC
P.O. Box 18862
Atlanta, GA 31126

This 9th day of January, 2025

|  |  |
|---|---|
|  | **PEREIRA, KIRBY, KINSINGER & NGUYEN, LLP** |
|  | *s/ Stephen D. Pereira* |
| P.O. Drawer 1250 | Stephen D. Pereira |
| Lawrenceville, GA 30046 | State Bar No. 572051 |
| (770) 963-1997 telephone | W. Creighton Lancaster |
| (770)822-2913 facsimile | State Bar No. 142351 |
| spereira@pkknlaw.com | Jaaonne J. Gadson-Jackson |
| wlancaster@pkknlaw.com | State Bar No. 279689 |
| jjackson@pkknlaw.com | Counsel for Defendant Williamson |

- 5 -