IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH, | |
| Plaintiff, | CIVIL ACTION FILE NO. 1:23-cv-05072-MLB |
| v. | |
| THOMAS WILLIAMSON, | |
| Defendant. | |

## DEFENDANT THOMAS WILLIAMSON'S NOTICE OF MANUAL FILING OF ELECTRONIC MEDIA

COMES NOW, Thomas Williamson ("Defendant Williamson"), the Defendant in the above-referenced case, and files this, his Notice of Manual Filing. Defendant Williamson hereby manually files the following in connection with its Motion for Summary Judgment filed simultaneously herewith.:

1. a certified copy of the Compact Disc containing an audio recording of the Plaintiff's Preliminary Hearing held on March 28, 2017

2. a thumb drive containing two video exhibits to Plaintiff David Warth's Deposition Transcript

Respectfully submitted this 9th day of January, 2025

|  | **PEREIRA, KIRBY,**<br>**KINSINGER & NGUYEN, LLP** |
|---|---|
|  | *s/ Stephen D. Pereira* |
| P.O. Drawer 1250 | Stephen D. Pereira |
| Lawrenceville, GA 30046 | State Bar No. 572051 |
| (770) 963-1997 telephone | W. Creighton Lancaster |
| (770)822-2913 facsimile | State Bar No. 142351 |
| spereira@pkknlaw.com | Jaaonne J. Gadson-Jackson |
| wlancaster@pkknlaw.com | State Bar No. 279689 |
| jjackson@pkknlaw.com | Counsel for Defendant Williamson |

- 3 -

Counsel for the Defendant certifies by signature below that <u>DEFENDANT THOMAS WILLIAMSON'S NOTICE OF MANUAL FILING OF ELECTRONIC MEDIA</u> has been prepared with Times New Roman 14-point font as required by Local Rule 5.1.

<u>*/s/ Stephen D. Pereira*</u>
Stephen Pereira
Gar Bar No. 572051
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS WILLIAMSON,<br><br> Defendant. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANT THOMAS WILLIAMSON'S NOTICE OF MANUAL FILING OF ELECTRONIC MEDIA, to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Additionally, a copy of the electronic media is being delivered via FedEx to Honorable Michael L. Brown's office, and Plaintiff's counsel at the address below.

Counsel of record are:

Kamu K. Mason, Esq.
Reginald L. Winfrey, Esq
3036 Woodrow Drive
Lithonia, GA 30038

4

Reginald L. Winfrey, Esq
The CD FIRM, LLC
P.O Box 18862
Atlanta, GA 31126

Honorable Michael L. Brown's Office:

ATTN: Jessica Kelley
Courtroom Deputy Clerk
1942 United States Courthouse
75 Ted Turner, SW
Atlanta, GA 30303-3309

This 9th day of January, 2025

|  |  |
|---|---|
|  | **PEREIRA, KIRBY,** |
|  | **KINSINGER & NGUYEN, LLP** |
|  | *s/ Stephen D. Pereira* |
| P.O. Drawer 1250 | Stephen D. Pereira |
| Lawrenceville, GA 30046 | State Bar No. 572051 |
| (770) 963-1997 telephone | Counsel for Defendant Williams |
| (770)822-2913 facsimile |  |
| spereira@pkknlaw.com |  |