# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH<br>    Plaintiff,<br><br>v.<br><br>GWINNETT COUNTY PUBLIC SCHOOLS, et al.,<br>    Defendants. | CIVIL ACTION FILE NO.<br>1:23-cv-05072-MLB |

## PLAINTIFF'S Second MOTION TO EXTEND THE TIME FOR FILING THE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNTIL FEBRUARY 12th 2025

COME NOW, the Plaintiff and request this Honorable Court to extend the time for the Plaintiff to file his response to the Motion for Summary Judgment to February 12th 2025:

1.

The original deadline[s] were January 30th as the Motion for Summary Judgment was filed on January 9th 2024 and the Court has granted one extension.

2.

Plaintiff's Counsel has been impacted by trials and hearings within the Superior and State Criminal Courts as well as the Federal Courts on various matters and requires additional time for completion.

1

3.

Counsel for the Plaintiff communicated via e mail on February 6th 2025 and Defendants agreed to the requested extension. Attorney Stephen D. Pereira specifically noted in the e mail exchange that he had "no objection to the request for an extension as long as it wasn't any longer than 7 days."

4.

All Counsel have communicated in a professional and courteous manner throughout the entirety of the litigation process and there were no objections from either side.

5.

Counsel makes this request in good faith and not to delay these proceedings and prays that the Court will consider and grant his request and extend the time for the submission of the Response to the Motion for Summary Judgment to the date of February 12th 2025.

Respectfully submitted this February 6, 2025.

/s/ **Kamau K. Mason, Esq.**
Kamau K. Mason, Esq. 823438
For the Plaintiff

Prepared by:  
Law Offices of Kamau K. Mason & Associates

Consented to by:  
Stephen Pereira  
GA State Bar No. 572051

| | |
|---|---|
| 3036 Woodrow Drive | PEREIRA, KIRBY, |
| Lithonia, GA 30038 | KINSINGER & NGUYEN LLP |
| 678.464.4618 phone | P.O. Box 1250, Lawrenceville, GA 30046 |
| 678.526.5310 fax | P: 770.963.1997 |
| kkmason@yahoo.com | F: 770.822.2913 |
| | E: spereira@pkknlaw.com |

3

CERTIFICATE OF SERVICE

I hereby certify that I have filed the Consent Motion for Extension of Time to upon Defendants' attorneys of record:

    Stephen Pereira, spereira@pkknlaw.com

    Jaaonne J. Gadson-Jackson, jjackson@pkknlaw.com

This February 6, 2025.

                                              **/ss/ Kamau K. Mason, Esq.**
                                              Kamau K. Mason, Esq. 823438
                                                        For the Plaintiff

Law Offices of Kamau K. Mason & Associates
3036 Woodrow Drive
Lithonia, GA 30038
678.464.4618 phone
678.526.5310 fax
kkmason@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID C. WARTH<br>    Plaintiff,<br>  CIVIL ACTION FILE NO.  v.<br><br>GWINNETT COUNTY PUBLIC SCHOOLS, et al.,  Defendants. | 1:23-cv-05072-MLB |

### ORDER GRANTING PLAINTIFF'S 2nd MOTION TO EXTEND DEADLINE FOR FILING THE RESPONSE TO THE MOTION FOR SUMMARY JUDGEMENT UNTIL FEBRUARY 12th 2025

   This Court having read and considered Plaintiff's request to extend the time frame to file his Response to the Defendant's Motion for Summary Judgement does hereby GRANT the request for the extension.  All dates, including those governed by the Court's scheduling order shall be amended by the same 6 days. The Response Brief will be due on February 12th 2025.

   This _____ day of January 28, 2025.

                                                          _____
                                                          Judge Michael L. Brown
                                                          United States District Court
                                                          Northern District of Georgia
                                                          Atlanta Division